1012

[No. 32430-0-II. Division Two. January 18, 2006.]

DANIAL M. KENNEDY ET AL., *Appellants*, v. DAN VEENSTRA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 04-2-00025-3, Craddock D. Verser, J., entered October 22, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Hunt, JJ.

[No. 32620-5-II. Division Two. January 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY J. VESSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 04-1-00328-1, David E. Foscue, J., entered November 22, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 32630-2-II. Division Two. January 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY L. WITHERBEE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 04-1-00224-9, James B. Sawyer II, J., entered December 9, 2004. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 32657-4-II. Division Two. January 18, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID PAUL GLEASON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-02555-1, Katherine M. Stolz, J., entered December 14, 2004. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Hunt, J.